[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 1, 2011
JOHN LEY
CLERK

_____

No. 10-15812
Non-Argument Calendar
_____

D.C. Docket No. 3:09-cr-00301-TJC-TEM-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER CROW,
a.k.a. "Crow",
a.k.a. Darrell Jackson,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 1, 2011)

Before HULL, PRYOR and ANDERSON, Circuit Judges

PER CURIAM:

Sylvia A. Irvin, appointed counsel for Christopher Crow in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Crow's convictions and sentences are **AFFIRMED**.